AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

E-mail Account **bmmaaran@gmail.com**
Maintained on Computer Servers Operated
by Google, Inc., Headquartered at
1600 Amphitheatre Parkway,
Mountain View, California, 94043

**SEARCH WARRANT**

CASE NUMBER: 09 - 240 - M - 01

TO: __Joseph T. Bankins__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __U.S. Department of Commerce, Bureau of Industry and Security, Special Agent Jospeh T. Bankins__ who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)
e-mail account identified by user account **bmmaaran@gmail.com** maintained on computer servers operated by Google,Inc., Headquartered at 1600 Amphitheatre Parkway, Mountain View, California, 94043, and more fully described in ATTACHMENT A to this application

in the Northern District of California, there is now concealed certain property the disclosure of which is governed by 18 U.S.C. §§ 2701-2711, namely (describe the person or property)

contents of electronic e-mails and other electronic data more fully described in the Application and ATTACHMENT A to this Application (which are both incorporated into this Warrant as if set forth fully herein).

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now on the premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before _April 18, 2009_
(Date)
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☒ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

APR - 8 2009

at Washington, D.C.

Date and Time Issued

LAMBERTH, C.J. RCL    _Royce C. Lamberth_
Name and Title of Judicial Officer    Signature of Judicial Officer

AO 109 (2/90) Seizure Warrant

| RETURN |||
|---|---|---|
| DATE WARRANT RECEIVED<br>4/8/2009 | DATE AND TIME WARRANT EXECUTED<br>4/9/2009 5:10p Est. | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
| INVENTORY MADE IN THE PRESENCE OF<br>Joseph T. Bankins |||
| INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT<br><br>1 disc. |||

**FILED**

APR 21 2009

Clerk, U.S. District and
Bankruptcy Courts

## CERTIFICATION

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

_____

Subscribed, sworn to, and returned before me this date.

_____   4-21-09
U.S. Judge or U.S. Magistrate Judge        Date